No. 609, Misc. CHAPMAN *v.* UNDERWOOD, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus denied.

No. 475, Misc. GRAYSON *v.* UNITED STATES ATTORNEY GENERAL;

No. 544, Misc. DAVIS *v.* CLEMMER, DIRECTOR, DEPARTMENT OF CORRECTIONS, DISTRICT OF COLUMBIA;

No. 573, Misc. FLOURNOY *v.* KILDAY, SHERIFF;

No. 578, Misc. DAVIS *v.* UNITED STATES;

No. 602, Misc. WILLIAMS *v.* HERITAGE, WARDEN;

No. 604, Misc. BROWN *v.* BROWNELL, ATTORNEY GENERAL, ET AL.;

No. 607, Misc. ROCKWELL *v.* NEW YORK; and

No. 612, Misc. CARRINGTON *v.* ECKLE, SUPERINTENDENT, LONDON PRISON FARM. Motions for leave to file petitions for writs of habeas corpus denied.

No. 555, Misc. METCALFE *v.* GUTKNECHT ET AL. Motion for leave to file petition for writ of certiorari denied.